HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:26-PO-00050-SAB |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | |
| CODY L. SKILOS, | |
| *Defendant,* | |

Defendant Cody L. Skilos, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel.

On October 29, 2025, the government issued Mr. Skilos a citation alleging violation of 36 C.F.R. § 2.30(a)(1), misappropriation of property and services. The charges against him permit a six-month custodial sentence and/or $5,000 fine.

Initial Appearance is set in this district for April 9, 2026, and counsel is needed in advance of the arraignment to facilitate the hearing. Mr. Skilos submits the attached Financial Affidavit as evidence of his inability to retain counsel. After reviewing his Financial Affidavit, it is respectfully recommended that counsel Richard Beshwate be appointed *nunc pro tunc* as of April 2, 2026.

DATED: April 2, 2026                    */s/ Peggy Sasso*
                                        PEGGY SASSO
                                        First Assistant Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel Richard Beshwate *nunc pro tunc* as of April 2, 2026, pursuant to 18 U.S.C. § 3006A

IT IS SO ORDERED.

Dated:    **April 2, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge